**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| COLUMBIA GAS TRANSMISSION, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>KLINE DEVELOPMENT GROUP, LLC, *et al.*,<br><br>*Defendants*. | Case No. 1:22-cv-225-PTG-TCB |

**PLAINTIFF'S NOTICE OF FILING OF
<u>CERTAIN EXHIBITS FROM THE PRELIMINARY INJUNCTION HEARING</u>**

For purposes of the Joint Appendix that is due to the United States Court of Appeals for the Fourth Circuit under the appeal noticed by Defendants (Doc. 25), Plaintiff Columbia Gas Transmission, LLC ("Plaintiff") files certain exhibits that were admitted into evidence at the March 17, 2022 hearing (Doc. 23) to make such exhibits part of the district court's record.

Doc. 23-1 and Doc. 23-2 are Plaintiff's exhibit list and Defendants' exhibit list, respectively, from the March 17, 2022 hearing, as documented and filed by the Court Clerk.

Below is a chart of the attachments to this filing and the corresponding exhibit numbers from the March 17, 2022 hearing.

| Attachment Number to the Filing | Exhibit Number from March 17, 2022 Hearing |
|---|---|
| Attachment 1 | Plaintiff Exhibit 2 |
| Attachment 2 | Plaintiff Exhibit 3 |
| Attachment 3 | Plaintiff Exhibit 4 |
| Attachment 4 | Plaintiff Exhibit 5 |

| Attachment 5 | Plaintiff Exhibit 9 |
|---|---|
| Attachment 6 | Plaintiff Exhibit 10 |
| Attachment 7 | Plaintiff Exhibit 11 |
| Attachment 8 | Plaintiff Exhibit 15 |
| Attachment 9 | Plaintiff Exhibit 16 |
| Attachment 10 | Plaintiff Exhibit 19 |
| Attachment 11 | Plaintiff Exhibit 21 |
| Attachment 12 | Plaintiff Exhibit 22 |
| Attachment 13 | Plaintiff Exhibit 23 |
| Attachment 14 | Plaintiff Exhibit 24 |

Dated:  June 1, 2022          **COLUMBIA GAS TRANSMISSION, LLC**
By Counsel

**/s/ Kang He**
Richard D. Holzheimer, Jr. (VSB No. 40803)
Kang He (VSB No. 89237)
**MCGUIREWOODS LLP**
1750 Tysons Boulevard, Suite 1800
Tysons, Virginia 22102
Telephone:   (703) 712-5000
Facsimile:   (703) 712-5050
rholzheimer@mcguirewoods.com
khe@mcguirewoods.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve a copy on all counsel. A copy was also sent to the following by electronic mail:

James P. Campbell
Matthew L. Clark
Campbell Flannery, P.C.
1602 Village Market Boulevard #225
Leesburg, Virginia 20175
JCampbell@CampbellFlannery.com
MClark@CampbellFlannery.com
*Counsel for Defendants*

        **/s/ Kang He**
        Kang He (VSB No. 89237)