# Steve Stimson

| | |
|---|---|
| **From:** | agt_comm@irth.com |
| **Sent:** | Wednesday, July 21, 2021 10:55 AM |
| **To:** | Steve Stimson |
| **Subject:** | [EXTERNAL] Seq# 2: A023600141 for CGT901 - TCO-VA |
| **Attachments:** | Digsite.txt |

EXTERNAL EMAIL: PROCEED WITH CAUTION.
This e-mail has originated from outside of the organization. Do not respond, click on links or open attachments unless you recognize the sender or know the content is safe. If this email looks suspicious, report it.

==================================================================
CGT901 00003 VUPSa 08/23/20 16:16:12 A023600141-00A        NORMAL

Ticket No: A023600141-00A                NEW  GRID NORM LREQ
Transmit    Date: 08/23/20  Time: 04:16 PM  Op: PSTAR
Call        Date: 08/23/20  Time: 04:15 PM
Due By      Date: 08/27/20  Time: 07:00 AM
Update By   Date: 09/11/20  Time: 11:59 PM
Expires     Date: 09/16/20  Time: 07:00 AM
Old Tkt No: A023600141
Original Call  Date: 08/23/20  Time: 04:15 PM  Op: PSTAR

City/Co:LOUDOUN          Place:                State:VA
Address:   22669         Street: WATSON RD

Type of Work:   SEPTIC TANK OR DRAIN FIELD - PERC TESTING/LOCATING
Work Done For:  SAME
Excavation area:LOCATE ENTIRE PROPERTY; PLEASE USE PAINT AND FLAGS IF AVAILABLE; Excavation Map Link: https://urldefense.proofpoint.com/v2/url?u=http-3A__newtin.vups.org_newtinweb_map-5Ftkt.nap-3FTRG-3D26w0z2zvyv2p2mBk1m&d=DwIFaQ&c=Q5SXlsxPryShfyrkNJViwkWBHuTWASXd1LyNpDogBFY&r=2FSAjFjkUvwqpZmuAfLib7spzdACFWv0Sxak0Tbiwb0&m=yCosBPWiy-imqAsvfshwoP_dJGVRoMASygCADfKU9d0&s=7baHWBx3UM2frW-ktuJF5I4AY_ZURB0OhneX1YHVpe8&e=

Instructions:

Whitelined: N   Blasting: N   Boring: N

Company:    DAVID  SHARIFI              Type: OWNR
Co. Address:   22669 WATSON RD  First Time: N
City:       LOUDOUN  State:VA  Zip:20175
Company Phone:  703-598-9745
Contact Name:   DAVID  SHARIFI         Contact Phone:703-598-9745
Email:       DAVID@KLINEDEVELOPMENT.COM

Mapbook: 5399D2
Grids:   3859B7735A    3859C7735A    3859B7736D    3859C7736D

Members:



1

# Steve Stimson

| | |
|---|---|
| **From:** | agt_comm@irth.com |
| **Sent:** | Wednesday, July 21, 2021 10:54 AM |
| **To:** | Steve Stimson |
| **Subject:** | [EXTERNAL] Seq# 1: A023600129 for CGT901 - TCO-VA |
| **Attachments:** | Digsite.txt |

EXTERNAL EMAIL: PROCEED WITH CAUTION.
This e-mail has originated from outside of the organization. Do not respond, click on links or open attachments unless you recognize the sender or know the content is safe. If this email looks suspicious, report it.

```
====================================================================
CGT901 00002 VUPSa 08/23/20 15:12:28 A023600129-00A         NORMAL

Ticket No: A023600129-00A              NEW  GRID NORM LREQ
Transmit     Date: 08/23/20  Time: 03:12 PM  Op: PSTAR
Call         Date: 08/23/20  Time: 03:12 PM
Due By       Date: 08/27/20  Time: 07:00 AM
Update By    Date: 09/11/20  Time: 11:59 PM
Expires      Date: 09/16/20  Time: 07:00 AM
Old Tkt No: A023600129
Original Call  Date: 08/23/20  Time: 03:12 PM  Op: PSTAR

City/Co:LOUDOUN         Place:                    State:VA
Address:    22669       Street: WATSON RD

Type of Work:   SEPTIC TANK OR DRAIN FIELD - PERC TESTING/LOCATING
Work Done For:  SAME
Excavation area:LOCATE ENTIRE PROPERTY;
Excavation Map Link: https://urldefense.proofpoint.com/v2/url?u=http-3A__newtin.vups.org_newtinweb_map-
5Ftkt.nap-3FTRG-
3D24y2x04q1s4vuu1utu&d=DwIFaQ&c=Q5SXlsxPryShfyrkNJViwkWBHuTWASXd1LyNpDogBFY&r=2FSAjFjkUvwqpZmuAfL
ib7spzdACFWv0Sxak0Tbiwb0&m=BiYT8wvrFrfQvXBiPwQRyaC0R0OsB3H6a8onTkF14MY&s=qYave0tJot7E1mgXAVFJQXP
Ods4EXfcFwhgl4JOEZ_M&e=

Instructions:

Whitelined: N   Blasting: N  Boring: N

Company:    KEN  WALIZADA             Type: OWNR
Co. Address:   22669 WATSON RD  First Time: N
City:       LOUDOUN State:VA  Zip:20175
Company Phone: 703-598-9745
Contact Name:  KEN  WALIZADA          Contact Phone:703-598-9745
Email:      DAVID@KLINEDEVELOPEMENT.COM

Mapbook: 5399D2
Grids:    3859B7735A   3859C7735A   3859B7736D   3859C7736D
```

1

# Steve Stimson

| | |
|---|---|
| **From:** | agt_comm@irth.com |
| **Sent:** | Wednesday, July 21, 2021 10:55 AM |
| **To:** | Steve Stimson |
| **Subject:** | [EXTERNAL] Seq# 3: A023902692 for CGT901 - T.CO-VA |
| **Attachments:** | Digsite.txt |

EXTERNAL EMAIL: PROCEED WITH CAUTION.
This e-mail has originated from outside of the organization. Do not respond, click on links or open attachments unless you recognize the sender or know the content is safe. If this email looks suspicious, report it.

====================================================================
CGT901 00019 VUPSa 08/26/20 16:48:42 A023902692-00A       NORMAL

Ticket No: A023902692-00A            NEW  GRID NORM LREQ
Transmit    Date: 08/26/20  Time: 04:48 PM   Op: PSTAR
Call        Date: 08/26/20  Time: 04:48 PM
Due By      Date: 08/31/20  Time: 07:00 AM
Update By   Date: 09/15/20  Time: 11:59 PM
Expires     Date: 09/18/20  Time: 07:00 AM
Old Tkt No: A023902692
Original Call  Date: 08/26/20  Time: 04:48 PM  Op: PSTAR

City/Co:LOUDOUN         Place:                State:VA
Address:    22669       Street: WATSON RD

Type of Work:   SEPTIC TANK OR DRAIN FIELD - PERC TESTING/LOCATING
Work Done For:  KLINE DEVELOPMENT
Excavation area:LOCATE ENTIRE PROPERTY; PLEASE USE PAINT AND FLAGS IF AVAILABLE; Excavation Map Link:
https://urldefense.proofpoint.com/v2/url?u=http-3A__newtin.vups.org_newtinweb_map-5Ftkt.nap-3FTRG-3D5Cy5yx6o6s2qzt7ozo&d=DwIFaQ&c=Q5SXlsxPryShfyrkNJViwkWBHuTWASXd1LyNpDogBFY&r=2FSAjFjkUvwqpZmuAfLib7spzdACFWv0Sxak0Tbiwb0&m=P1LwTXQbl4bMI0VnjBLaJp3WfAhppGamfjtzUOAGvcc&s=Y5pfs5xc5Ngu2KRjfHL0N7nc71jL2qRWyQi5c4GrkjU&e=

Instructions:

Whitelined: N  Blasting: N  Boring: N

Company:     ENVIRONMENTAL SYSTEMS CONSULTING LLC     Type: CONT
Co. Address:   PO BOX 574  First Time: N
City:         WARRENTON  State:VA  Zip:20188
Company Phone:  540-272-3892
Contact Name:  PAMELA PRUETT       Contact Phone:540-272-3892
Email:      PAMELAMPRUETT@OUTLOOK.COM

Mapbook: 5399D2
Grids:  3859B7735A    3859C7735A    3859B7736D    3859C7736D

Members:

1